**Sharon L. PUETZ, Respondent,**

v.

**Ronald C. PUETZ, Appellant.**

**No. ED 85613.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 27, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 2, 2005.

Bradley S. Dede, Clayton, MO, for appellant.

Jane E. Tomich, St. Charles, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY and BOOKER T. SHAW, JJ.

### ORDER

PER CURIAM.

Appellant Ronald Puetz appeals the trial court's entry of a default judgment dissolving his marriage to Sharon Puetz, the trial court's denial of his motion to set aside the default judgment, and the property-division, child-custody, and child-support provisions of the judgment. We have reviewed the parties' briefs and the record on appeal and find that Appellant's brief preserves nothing for appeal. Rule 84.04; Rule 84.13(a). An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

The trial court's judgment is affirmed. Rule 84.16(b)(5).